# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA
### 500 POYDRAS STREET, C-556
### NEW ORLEANS, LOUISIANA 70130

CHAMBERS OF
HELEN G. BERRIGAN

(504) 589-7515

July 7, 2009

The Honorable Bobby R. Baldock
Chair, Judicial Conference of the
 United States Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.

**Re: Calendar Year 2008 Filing ____ Your Letter Dated June 19, 2009**

Dear Judge Baldock:

This is in response to your letter of June 19, 2009. All of the investments referred to in the second and third paragraphs of your June 19, 2009, letter are part of ▉▉▉▉▉ retirement plan as listed in Part VII, A, number 11, ▉▉▉▉▉▉▉▉., Inc., PLC PS Plan ▉. Columns B and C are reported under this entry.

Investments are bought and sold through out the year in his retirement plan and we have not previously been required to provide the information called for in Column D (transactions during reporting period). However, we do list the investments contained in the retirement plan during the reporting year under Part VIII (Section VII #11 Below lists the individual stocks, bonds, & mutual funds that comprise the ▉▉▉▉▉▉▉., Inc. PLC Profit Sharing Plan).

At one time we sent you a copy of the entire portfolio of his retirement account showing all holdings and transactions for the year but were requested not to do so as long as we provided the information called for in Part VIII, columns B and C for his retirement plan and list the various investments contained therein, which we do.

If he owned several mutual funds, I'm certain he wouldn't be expected to lists all the numerous stocks and transactions that take place in the fund. His retirement fund is analogous. Its income and value are reported but not all the transactions that take place in the fund. If this is not acceptable, he can again forward you copies of his monthly statements for the reporting year which will show all investments and transactions.



Berrigan_Helen_G

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Berrigan, Helen G. | 2. Court or Organization<br><br>Eastern District of Louisiana | 3. Date of Report<br><br>05/11/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
|---|---|---|

| 7. Chambers or Office Address<br><br>500 Poydras Street, Room C-556<br>United States Courthouse<br>New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Board of George & Jean Pugh Foundation: LSU Law School |
| 2. Member | Board , Louisiana State University Law Center |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2009 MAY 15 P 3: 18
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | West Services, Inc.; Book Royalties | $1,430.51 |
| 2. 2008 | LSU Law School; Teaching | $1,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Berrigan, Litchfield, Mann & Traina Law Firm -- Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citigroup-Common Stock | B | Dividend | J | T | | | | | |
| 2. IBM - Common Stock | B | Dividend | M | T | | | | | |
| 3. Tri-Continental Corp. Mutual Fund | B | Dividend | K | T | | | | | |
| 4. Legg-Mason Partners Fund | A | Dividend | J | T | | | | | |
| 5. T. Rowe Price Growth Stock Mutual Fund | C | Dividend | L | T | | | | | |
| 6. Dreyfous Growth & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Dreyfous Research Growth Fund - Class Z | A | Dividend | J | T | | | | | |
| 8. Dreyfous New Leaders Fund - Class A | A | Dividend | K | T | | | | | |
| 9. Liberty Financial Services N.O., LA Common Stock ● | C | Dividend | M | T | | | | | |
| 10. Rental Property #1 New Orleans, LA ▮ Appraised 8/21/85 | D | Rent | N | Q | | | | | |
| 11. ▬ Berrigan, ●, Inc. PLC PS Pean | E | Dividend | N | T | | | | | |
| 12. Exxon Corp. Common Stock | C | Dividend | M | T | | | | | |
| 13. General Electric Common Stock | B | Dividend | K | T | | | | | |
| 14. ONEOK Common Stock | B | Dividend | K | T | | | | | |
| 15. Westar Energy, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 16. Fidelity Advisor -High Yield Portfolio Class T | B | Dividend | J | T | | | | | |
| 17. Van Kampen - Senior Loan Fund FDCL 1B | B | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Berrigan, Helen G. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Command Money Fund (Wachovia Securities) | A | Interest | K | T | | | | | |
| 19. Bank Baroda C.D. (due 3/26/09) | A | Interest | L | T | Buy | 09/08 | L | | |
| 20. International Paper Co. -- Common Stock | A | Dividend | J | T | | | | | |
| 21. ING Golden Select Guarantee Annuity | A | Interest | K | T | | | | | |
| 22. Bank of America Corp. -- Common Stock | A | Dividend | J | T | | | | | |
| 23. Johnson & Johnson -- Common Stock | A | Dividend | K | T | | | | | |
| 24. AT & T Common Stock | A | Dividend | J | T | | | | | |
| 25. Coca Cola Common Stock | A | Dividend | J | T | | | | | |
| 26. Dupont E.I. De Nemours -- Common Stock | A | Dividend | J | T | | | | | |
| 27. Fifth Third Bankcorp -- Common Stock | A | Dividend | J | T | | | | | |
| 28. Washington Mutual Inc. -- Common Stock | A | Dividend | J | T | | | | | |
| 29. Capital Income Builder -- Class A | B | Dividend | K | T | | | | | |
| 30. Wrigley Wm., Jr. -- Common Stock | A | Dividend | | | Sold | 06/08 | K | D | |
| 31. Allstate Common Stock | A | Dividend | | | Sold | 05/08 | J | A | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII     #s 6 , 7 & 8  are parts of  Helen Roberts Berrigan's USE Profit Sharing Retirement Plan FBO Helen Roberts Berrigan

Section VII     #10  Below lists the individual stocks, bonds & mutual funds that comprise the  PLC Profit Sharing Plan:

AT&T, Inc.
BP PLC ADR
Chevron Corporation
Cleco Corporation
Consolidated Edison, Inc.
Dominion Resouces, Inc., VA New
Fairpoint Communications
Frontier Communications
Kinder Morgan Energy Partners
Penn Real Estate Investment Trust SBI
Simon Property Group REIT Inc., New SPG
Tanger Factory Outlet REIT Inc.
Teppco Partners L.P. Ltd. Partnership
The Southern Company
Verizon Communications
Fidelity Advisor Ser II High Yield
Dryden High Yield LD, Inc. Class A
Pioneer High Yield LD  Class A
Van Kampen Senior Loan FD Class 1B
Alliance Berstein, Inc. FND
American Strategic Income Portfolio, Inc.
DWS RREEF Real Estate FD II SRO
ING Prime Rate TR PPR
MFS Charter Income Trust
Pimco High Income FD
AES TR 1116.75 % PFD conv. due 10/15/2029
Entergy Louisiana, L.L.C. 7.6% 1st Mortgage  Bonds
Georgia Power 6.375 % Senior Note due 7/15/ 2047
Metlife 5.875% Senior Notes due 11/21/2033
Sherwin Williams 7.25% Corts Tr II due 2/1/2097
Simon PPTY Group, Inc.  PFD 6.00%

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<hr />

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544